■ Eliot Birnbaum, Individually and on Behalf of All Other Present and Retired School Teachers in the State of New York Similarly Situated, Appellants, v. New York State Teachers Retirement System, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.